Allen Ray **WOOLERY**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. **WD 51880.**

Missouri Court of Appeals, Western District.

June 25, 1996.

Rose M. Wibbenmeyer, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM.

The defendant appeals from the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).